# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt)

PRISCA O. OBELEAGU, individually and
on behalf of all similarly situated persons

        Plaintiff,

                CIVIL ACTION NO: 8:18-cv-00392-PX

    v.

NAVIENT SOLUTIONS, LLC, *et al.*

        Defendants.

## **JOINT NOTICE OF SETTLEMENT**

The parties are pleased to report that this matter has settled on an individual basis in all respects. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice.

[*signatures to follow*]

                              Respectfully submitted,

| MORRIS PALERM, LLC | SAUL EWING ARNSTEIN & LEHR LLP |
|---|---|
| /s/Douglas N. Gottron_____ | /s/ Geoffrey M. Gamble_____ |
| Douglas N. Gottron (Bar No. 06881) | Geoffrey M. Gamble (Bar No. 28919) |
| Terry E. Morris (Bar No. 17735) | Lockwood Place |
| 2 Barrister's Place | 500 E. Pratt Street – 8th Floor |
| 751 Rockville Pike | Baltimore, Maryland 21202 |
| Rockville, Maryland 20852 | Telephone: (410) 332-8975 |
| Telephone: (301) 424-6290 | geoff.gamble@saul.com |
| dgottron@morrispalerm.com | |
| tmorris@morrispalerm.com | Lisa M. Simonetti (admitted pro hac vice) |
| Counsel for Plaintiff | Email: SimonettiL@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| | 1840 Century Park East, Suite 1900 |

Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800

*Counsel for Defendants*

Dated: June 21, 2019

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been electronically served on all counsel listed below through the Court's filing system on this 21st day of June 2019.

>Geoffrey M. Gamble (Bar No. 28919)
>Lockwood Place
>500 E. Pratt Street – 8th Floor
>Baltimore, Maryland  21202
>Telephone:  (410) 332-8975
>geoff.gamble@saul.com
>
>Lisa M. Simonetti (admitted pro hac vice)
>Email: SimonettiL@gtlaw.com
>GREENBERG TRAURIG, LLP
>1840 Century Park East, Suite 1900
>Los Angeles, CA 90067
>Tel: (310) 586-7700; Fax: (310) 586-7800
>
>*Counsel for Defendants*
>
>
>/s/ Terry E. Morris
>Terry Morris